WILLIAM E. REDDING, Respondent, v. THE CITY OF NEW YORK, Appellant.

*Redding* v. *City of New York*, 174 App. Div. 872, affirmed.

(Argued November 21, 1918; decided December 10, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff while walking on Bleecker street in the city of New York slipped on an accumulation of ice upon the sidewalk and falling received the injuries complained of. The complaint alleged: " That on or about the 21st day of February, 1914, and for some time prior thereto, the defendant negligently and carelessly permitted that portion of the public highways at or in front of premises commonly known as either 277 or 279 Bleecker street, in the said borough of Manhattan, city of New York, to be and remain in a dangerous and unsafe state and condition, in permitting and allowing an accumulation of ice to exist upon the sidewalk at said place as above stated." The answer was a general denial.

*William P. Burr*, Corporation Counsel (*Terence Farley* of counsel), for appellant.

*Don R. Almy* and *William S. Evans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.   Dissenting: CUDDEBACK, J.